◼ PAUL LIGUORI, Appellant, v GERALDINE LIGUORI, Respondent. — Appeal by plaintiff from an order and judgment (one paper) of the Supreme Court, Suffolk County (Aspland, J.), entered September 8, 1980, dismissed, without costs or disbursements. Said order and judgment was superseded by an order of the same court dated December 29, 1980, which was entered upon reargument. Order dated December 29, 1980 affirmed insofar as appealed from, without costs or disbursements. No opinion. Damiani, J. P., Titone, Mangano and Gibbons, JJ., concur.